# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

TRISTEN DOUGLAS SHILLADY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3146

———————————————

September 27, 2023

Appeal from the Circuit Court for Sarasota County; Charles E. Roberts, Judge.

Andrea Flynn Mogensen of Law Office of Andrea Flynn Mogensen, P.A., Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.